ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Round World Business Group, LLC                )    ASBCA No. 62900
                                               )
Under Contract No. FA4417-19-P-A167            )

APPEARANCE FOR THE APPELLANT:         Mr. Robert W. Boyle
                                        President

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Nicholas T. Iliff, Jr., Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 23, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62900, Appeal of Round World Business Group, LLC, rendered in conformance with the Board's Charter.

Dated:  June 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals